**KENNEDY, HERNANDEZ & ASSOCIATES, P.C.**
*Attorneys at Law*

Paul J. Kennedy
Jessica M. Hernandez
Elizabeth A. Harrison
Henry A. Jones

July 9, 2021

**Via E-mail**
New Mexico Corrections Department
Attn: Records
P.O. Box 27116
Santa Fe, NM 87508
Tel: (505) 383-2804
Fax: (505) 827-8533
nmcd-ipra@state.nm.us

Brian Fitzgerald
Chief Deputy General Counsel
IPRA Records Custodian
New Mexico Corrections Department
P.O. Box 27116
Santa Fe, NM 87508
(505) 383-2804
Brian.Fitgerald@state.nm.us
Nmcd-ipra@state.nm.us

Catherine Ahring
Paralegal
New Mexico Corrections Department
Office of General Counsel
P.O. Box 27116
Santa Fe, NM 87508
(505) 383-2804
Catherine.Ahring@state.nm.us

RE:   **IPRA Request**

Dear Mr. Fitzgerald and Ms. Ahring,

Pursuant to the Inspection of Public Records Act, our office requests electronic copies of all employee timesheets, daily rosters, and any other Springer Correctional Center records that show the shifts, dates, and/or locations that Lt. Ubaldo Hernandez worked in that facility from September 28, 2018 to October 31, 2018.



201 TWELFTH STREET NW, ALBUQUERQUE, NM 87102

Please contact our office to arrange for the production of these records within the time period set forth in NMSA 1978, § 14-2-8(D). If you intend to deny or withhold response to any portion of this request, please identify in writing the grounds for the denial or withholding as required by the statute.

You may reach me by telephone or by email at *assistant@kennedyhernandez.com*. Thank you for your time and attention to this matter.

Sincerely,

*/s/Andrea V. Mora*
Andrea V. Mora
Legal Assistant

KENNEDY, HERNANDEZ & ASSOCIATES, P.C.
Attorneys at Law

Paul J. Kennedy
Jessica M. Hernandez
Elizabeth A. Harrison
Henry A. Jones

July 9, 2021

**Via E-mail**
New Mexico Corrections Department
Attn: Records
P.O. Box 27116
Santa Fe, NM 87508
Tel: (505) 383-2804
Fax: (505) 827-8533
nmcd-ipra@state.nm.us

Brian Fitzgerald
Chief Deputy General Counsel
IPRA Records Custodian
New Mexico Corrections Department
P.O. Box 27116
Santa Fe, NM 87508
(505) 383-2804
Brian.Fitgerald@state.nm.us
Nmcd-ipra@state.nm.us

Catherine Ahring
Paralegal
New Mexico Corrections Department
Office of General Counsel
P.O. Box 27116
Santa Fe, NM 87508
(505) 383-2804
Catherine.Ahring@state.nm.us

RE:    **IPRA Request**

Dear Mr. Fitzgerald and Ms. Ahring,

Pursuant to the Inspection of Public Records Act, our office requests electronic copies of all daily rosters and other Springer Correctional Center records indicating where and whether Corrections Officer Justin Sanders was working in the facility for all dates from June 1, 2018 to February 22, 2019.



EXHIBIT
**A2**

201 TWELFTH STREET NW, ALBUQUERQUE, NM 87102

Please contact our office to arrange for the production of these records within the time period set forth in NMSA 1978, § 14-2-8(D). If you intend to deny or withhold response to any portion of this request, please identify in writing the grounds for the denial or withholding as required by the statute.

You may reach me by telephone or by email at *assistant@kennedyhernandez.com*. Thank you for your time and attention to this matter.

Sincerely,

*/s/Andrea V. Mora*
Andrea V. Mora
Legal Assistant

2